UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                       Cr. No. 05-20019 D

LAPEDRO FINLEY,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE TRIAL DATE

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the trial date currently set for the second week of May, 2005. The continuance shall be **GRANTED** until the September report dates; and defendant's request to file a motion to reconsider the motion to suppress, to be filed fifteen (15) days after the motion to suppress transcript has been filed and received from the court reporter, is **GRANTED**.

It is so **ORDERED**, this the _29_ day of April, 2005.

HONORABLE BERNICE B. DONALD
**UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-17-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20019 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT