IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 MAY 19 PM 12: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                        CR. NO. 05-20019-D

LAPEDRO FINLEY

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

Counsel for the defendant requested a continuance of the May 9, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to October 3, 2005 with a **report date of Thursday, September 22, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from April 13, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _18th_ day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-19-05

(31)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20019 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT