IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.       Case No.: 05-20019 D

LAPEDRO FINLEY,

    Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Defendant's motion for reconsideration of the Court's order denying Defendant's motion to suppress. Upon review of the motion, supporting case authority, and the overall record, the Court finds that cause does not exist to grant relief.

Accordingly, Defendant's motion is DENIED.

**IT IS SO ORDERED** this __3rd__ day of __June__, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20019 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT