FILED BY _____ D.C.

05 JUN -6  AM 6:49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LAPEDRO FINLEY,  )<br>Defendant.  ) | CR. NO. 05-20019-D |

### MOTION TO EXTEND TIME TO FILE GOVERNMENT'S RESPONSE
### TO MOTION FOR RECONSIDERATION

COMES NOW the United States of America, by and through Terrell L. Harris, United States Attorney for the Western District of Tennessee and his assistant, Katrina U. Earley and moves this Honorable Court to allow the United States until Monday, June 27, 2005, to file the Government's Response to Motion for Reconsideration of Suppression Ruling. In support of this motion, the Government states the following:

1. The government attorney of record, Jennifer Webber, is presently out of the office on maternity leave. Accordingly, this case has recently been assigned to the undersigned until Ms. Webber returns.

2. The undersigned has briefs due to the Sixth Circuit on June 6, 2005 and June 20, 2005.

3. In addition, the undersigned is scheduled for trial the week of June 13, 2005.

4. Due to trial and appellate briefing schedules, the undersigned needs additional time to adequately address the issues raised in the Motion for Reconsideration.

**MOTION GRANTED**

DATE: 6-3-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-7-05

3. Randy Alden, Attorney for the Defendant, has been out of the office this week. Therefore the undersigned has been unable to confer with him regarding this matter.

Based on the forgoing, the United States would request until Monday, June 27, 2005 to file the Government's Response to Motion for Reconsideration of Suppression Ruling

Respectfully submitted,

TERRELL L. HARRIS
UNITED STATES ATTORNEY

By: *Katrina U. Earley*
KATRINA U. EARLEY
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(No. 019367 Tennessee)
901-544-4231

## CERTIFICATE OF SERVICE

I, KATRINA U. EARLEY, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Response to Motion for Revocation of Detention Order has been mailed via first-class mail to Mr. Randolph Alden, Attorney at Law, 200 Jefferson Ave., Suite 200, Memphis, Tennessee 38103, counsel for Defendant.

This 2nd day of June, 2005.

By: *Katrina U. Earley*
Katrina U. Earley
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20019 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT