FILED BY /s/ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 11 AM 9:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
)
VS. ) CR. NO. 05-20019-D
)
LAPEDRO FINLEY )
    Defendant. )

## ORDER ON CHANGE OF PLEA AND SETTING

    This cause came on to be heard on September 26, 2005, the United States Attorney for this district, Jennifer Lawrence Webber, appearing for the Government and the defendant, Lapedro Finley, appearing in person and with counsel, Randolph W. Alden, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1, 2 and 3 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 10, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 8th day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CR-20019 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT